# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMBAT ZONE CORP.<br>1880 Century Park E Ste 200<br>Los Angeles, CA 90067<br><br>Plaintiff,<br><br>v.<br><br>DOES 1 – 34<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 12-cv-04133-CM<br>)<br>)  ECF CASE<br>)<br>) |



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/12

## MOTION FOR LEAVE TO TAKE DISCOVERY
## PRIOR TO RULE 26(f) CONFERENCE

Plaintiff, by and through counsel, pursuant to the Federal Rules of Civil Procedure, respectfully requests this Court for leave to take discovery prior to the Rule 26(f) conference, as explained the accompanying Memorandum of Points and Authorities, filed contemporaneously herewith. The reasons are that (1) the Defendants cannot be identified without information from their respective Internet Service Providers (ISPs), and (2) such ISPs have limited retention periods for the relevant records.

Respectfully submitted this 15th day of May, 2012.            **MEMO ENDORSED**

FOR THE PLAINTIFF:

By: /s/ Mike Meier
Mike Meier (NY9295)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF

*[Handwritten annotations by Judge McMahon, dated 5/29/2012:]*

*5/29/2012. Motion denied. Show cause why there defendants should be joined, in view of this court's opinion in Digital Sin v. John Doe. In the absence of issue shown, including a clear showing that there is subject matter jurisdiction over each defendant, the court will sever and dismiss without prejudice all defendants except John Doe #1.*

*[Right margin:] Please understand that "geolocation" data equivalent to Yes is not sufficient. Digital Sin is based on personal jurisdiction n the property of public [illegible]*