UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMBAT ZONE CORP.            ) | |
|     Plaintiff,                       ) | |
|     v.                                    ) | Civil Action No. 12-cv-04133-CM |
| DOES 1 – 34                          ) | |
|     Defendants.                    ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

The Court severed the John Does and left only John Doe 1. Plaintiff served a subpoena upon the ISP and was informed that John Doe 1 cannot be located. Plaintiff thus dismisses this case without prejudice.

Respectfully submitted this 15th day of September 2012.

FOR THE PLAINTIFF:

By:  /s/ Mike Meier
Mike Meier
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF

1

**CERTIFICATE OF SERVICE**

I hereby certify that on 15 September 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

By:   /s/ Mike Meier
Mike Meier
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF